Taylor, Chief-Justice,
 

 delivered tiie opinion of the Court.
 

 This is an application to amend the writ and declaration, by striking out the names of the parties, and tiie substitution of others, who were not in existence when the suit was brought, and between whom and the original Plaintiffs, iheie is no privity. The very general provisions for amendments, made by the act of
 
 1790,
 
 after so many others, on the same subject, had been ineffectually passed, seem designed to overcome the remaining scruples of Courts$ and the act has, general-, ]y, been consi rued in the spirit by which it was dictated. But, comprehensive as the words are, they can scarcely bo thought to warrant a total change of parties, except in a case where the parties were merely nominal, amd tiie person concerned in interest, had also been a party from the beginning, Guardian bonds are directed by the act of 1762, to be taken in trust for the orphan, by the Justices, and this is so
 
 taken;
 
 and Grandy, the orphan for whose benefit it was taken, has been permanently on the docket, since the institution of the suit, The Justices are parties, merely to satisfy the form of the bond, and arc the instruments to effect a recovery for the benefit of die orphan. No wrong or injury, can then arise to any me, from such an amendment; and it ought to be made an payment of costs.